# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br>v.<br><br>VAL'S WAGON WHEEL, *et al.*,<br><br>    Defendants. | CASE NO.  2:16-cv-02783-JAM-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE AN ANSWER** |

For good cause shown, this Court hereby GRANTS the Joint Stipulation to Extend the Answer date and ORDERS that Defendants shall have up to and including February 6, 2017, to file said Answer.

**IT IS SO ORDERED**

Dated: 1/3/2017                                    /s/ John A. Mendez_____

                                                            HONORABLE JOHN A. MENDEZ

                                                            UNITED STATES DISTRICT COURT JUDGE