# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Byron Chapman, | ) CASE NO. 2:16-cv-02783-JAM-CKD |
| Plaintiff, | ) **O**RDER |
| v. | ) |
| Val's Wagon Wheel, *et al.* | ) |
| Defendants. | ) |

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 5/23/2017

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**